1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANGEL ANGUIANO,                              No.  2:15-cv-0832 CKD P

12                  Plaintiff,

13        v.                                      ORDER

14   FRESNO COUNTY SHERIFF'S
     DEPARTMENT,
15
                    Defendants.
16

17

18        Plaintiff, a Fresno County prisoner proceeding pro se, has filed a civil rights action

19   pursuant to 42 U.S.C. § 1983.  The alleged civil rights violations took place in Fresno County,

20   which is part of the Fresno Division of the United States District Court for the Eastern District of

21   California.  See Local Rule 120(d).  Pursuant to Local Rule 120(f), a civil action which has not

22   been commenced in the proper division of a court may, on the court's own motion, be transferred

23   to the proper division of the court.  Therefore, this action will be transferred to the Fresno

24   Division of the court.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Fresno; and

28   /////

                                              1

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  April 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
Angu0832.22

2