1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   ANGEL ANGUIANO,                          1:15-cv-00634-DLB-(PC)

12                    Plaintiff,

13          v.                                ORDER TO SUBMIT APPLICATION
                                              TO PROCEED IN FORMA PAUPERIS
14   FRESNO COUNTY SHERIFF'S                  OR PAY FILING FEE WITHIN 45 DAYS
     DEPARTMENT,
15
16                   Defendant.

17
            Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.
18
     § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in
19
     forma pauperis pursuant to 28 U.S.C. § 1915.
20
            Accordingly, IT IS HEREBY ORDERED that:
21
            Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
22
     attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
23
     the $400.00 filing fee for this action.  **No requests for extension will be granted without a**
24
     **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall
25
     submit a certified copy of his/her prison trust statement for the six month period immediately
26   ///
27   ///
28
                                               1

preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:  __**May 4, 2015**__                  _/s/ Dennis L. Beck_

                                         UNITED STATES MAGISTRATE JUDGE